DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

MICHAEL MAHORE STEWART,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-692
_____

September 3, 2021

Appeal from the Circuit Court for Hillsborough County; Michelle
Sisco, Judge.

PER CURIAM.

    Affirmed.

KHOUZAM, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.
_____

Opinion subject to revision prior to official publication.